UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JILL CARUSO, Individually,<br><br>        Plaintiff,<br><br>v.<br><br>WALMART STORES EAST, LP,<br>a foreign limited partnership,<br>        Defendant.<br>_____/ | Case No. 2:14-CV-13503-AJT-MJH |

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Joel Griswold
Joel Griswold
BAKER & HOSTETLER LLP
191 North Wacker Drive, Ste. 3100
Chicago, Illinois 60606
Telephone: 312-416-6238
Facsimile: 312-416-6201
Email: jcgriswold@bakerlaw.com

*Attorney for Defendant*

---

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

                                                            s/Arthur J. Tarnow
                                                            ARTHUR J. TARNOW
                                                             SENIOR U.S. DISTRICT JUDGE

DATED: January 20, 2015

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

January 20, 2015

/s/ Joel Griswold
Joel Griswold
BAKER & HOSTETLER LLP
191 North Wacker Drive, Ste. 3100
Chicago, Illinois 60606
Telephone: 312-416-6238
Facsimile: 312-416-6201
Email: jcgriswold@bakerlaw.com

*Attorney for Defendant*

January 20, 2015